UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Fouad Marzouca, | ) | |
| | ) | No.: 7:12-cv-00062-GRA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | (Written Opinion) |
| GFG Realty Fund, LLC, Frederick D. Gibbs, Banc Capital & Financial Services, Inc, *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Upon consideration of the motion to intervene filed by the United States on March 2, 2012, and in accordance with Rule 24(a)(2) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that the motion to intervene be GRANTED and the United States be added to the case as a defendant/counter-claimant.

**IT IS THEREFORE ORDERED** that the United States' Motion to Intervene is GRANTED.

**IT IS SO ORDERED**.

G. Ross Anderson, Jr.
Senior United States District Judge

March 13, 2012
Anderson, South Carolina